**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| TAME ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS, INC.,<br><br>Defendant. | Case No. 2:26-cv-00103-JCN |

**PARTIES' CONSENT MOTION FOR HEIGHTENED CONFIDENTIALITY ORDER**

Plaintiff Tame Arnold and Defendant Maximus, Inc., jointly and through the undersigned counsel, and pursuant to Rule 26(c), respectfully move the Court for entry of a Heightened Confidentiality Order. The parties have conferred and have consented to the language in the United States District Court, District of Maine, civil form "Heightened Confidentiality Order." The proposed Heightened Confidentiality Order agreed to by undesigned counsel is attached hereto as **Exhibit A**.

In support of this request, the parties respectfully submit that a Heightened Confidentiality Order is appropriate because the parties anticipate that discovery in this matter will involve production of or reference to documents and things containing confidential and proprietary business information. Specifically, the parties anticipate that documents and/or testimony will relate to trainings conducted, assessments completed, quality control reviews performed, and/or submissions made pursuant to Maximus's contract with the State of Maine Department of Health and Human Services, in effect during Plaintiff's employment. The assessments provide Statewide Standardized Needs Assessment Services utilizing the American Association of Intellectual and Developmental Disabilities ("AAIDD") Supports Intensity Scale for Adults ("SIS-A").

WHEREFORE, the parties respectfully request the Court review and enter the proposed Heightened Confidentiality Order and grant any such further relief as is just and proper.

Dated: June 24, 2026

Respectfully submitted,

TAME ARNOLD

By his attorneys,

By: */s/ James A. Clifford*
James A. Clifford
james@cliffordclifford.com
Andrew P. Cotter
andrew@cliffordclifford.com
CLIFFORD & CLIFFORD, LLC
10 Moulton Street, 5th Floor
Portland, ME 04101
Telephone: (207) 613-9465

MAXIMUS, INC.

By their attorneys,

By: /s/ *Sarah B. Affel*
Hillary Massey (Maine Bar No. 4449)
hmassey@seyfarth.com
Sarah B. Affel (*pro hac vice*)
saffel@seyfarth.com
Lynn A. Kappelman (*pro hac vice*)
lkappelman@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sarah B. Affel*
Sarah B. Affel